UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Edgar Contreras and Delia B Ciruelas     ) Judge Jack B Schmetterer
            Debtor(s)     )
                                        ) Case No. 19-25114
                                        )
                                        ) Chapter 13

## NOTICE OF MOTION

To the following named persons or entities: (Separate Service List may be attached)

Edgar Contreras and Delia B Ciruelas
4442 W. Gunnison
Unit #1


Tom Vaughn
(Served by ECF: ecf@tvch13.net


## CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 540 W. 35th St. Chicago, IL 60616, with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service:  09/19/2019           Signature:   /s/ Robert J. Adams
                                                                      Robert J. Adams

   Please take notice that on **October 2, 2019 at 10:00 AM** I shall appear before the Honorable Judge Jack B Schmetterer in Court Room 682 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.


*Where indicated, some parties have been served electronically instead of by mail

Robert J. Adams & Associates - 540 W. 35th St. Chicago, IL 60616  Phone: 312.346.0100

**United States Bankruptcy Court**
**Northern District of Illinois**

In re Edgar F Contreras and Delia B. Ciruelas  
Debtor(s)

Case No. **19-25114**  
Chapter. **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s): Motion to Extend Stay

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on .

9/19/2019

/s/ Robert J Adams  
Robert J Adams  
Bar Number: 0013056  
540 W 35th St  
Chicago, IL 60616-3532  
Phone: (312) 346-0100  
Email: staff.rja@gmail.com

AT&T  
PO Box 5014  
Carol Stream, IL 60197

AT&T Mobility  
PO Box 6428  
Carol Stream, IL 60197

Cash Loans Today  
11949 S. Pulaski  
Alsip, IL 60803

Cavalry SPV  
500 Summit Lake Dr Ste 400  
Valhalla, NY 10595-2321

Check N Go  
PO Box 566027  
Dallas, TX 75356

Douglas Chancellor Meyer  
1000 fairgrounds 200  
Chicago, IL 60630

Gunnison Condominium Association  
4442 W. Gunnison  
Chicago, IL 60630

Jefferson Capital Systems  
PO Box 772813  
Chicago, IL 60677

Monroe & Main  
1112 7th Ave  
Monroe, WI 53566

Ocwen  
PO Box 6440  
Carol Stream, IL 60197

Opturn  
PO Box 4085  
Atherton, CA 94027

Premier Bankcard, Llc  
Po Box 7999  
Saint Cloud, MN 56302-7999

Robert J. Adams & Associates  
540 E. 35th Street  
Chicago, IL 60616

Suncash  
5800 W. North Ave.  
Chicago, IL 60639

The Girard Law Group, P.C  
Mary A. Johnston  
4311 N. Ravenswood 202  
Chicago, IL 60613

Unifund CCR Partners  
C/O Blitt and Gaines, P.C.  
661 Glenn Avenue  
Wheeling, IL 60090

Prior case — Sonderlist *(handwritten annotation)*

United States Bankruptcy Court
Northern District of Illinois

In re:
Edgar F. Contreras
Delia B. Ciruelas
    Debtors

Case No. 17-02507-JBS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Jun 20, 2019
                              Form ID: ntcdsm         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.

```
db/jdb       +Edgar F. Contreras,  Delia B. Ciruelas,  4442 W. Gunnison St., Unit 1,
               Chicago, IL 60630-4802
25322477      Check 'n Go,  C/O Real Time Resolutions, Inc.,  PO Box 566027,  Dallas, TX 75356-6027
25290315      First Premier Bank,  601 S Minneaplois Ave,  Dious FDalls, SD 57104
25290319     +Med Business Bureau,  1460 Renaissance Dr #400,  Park Ridge, IL 60068-1349
27048994     +U.S. Bank National Association,  Ocwen Loan Servicing, LLC,  c/o Codilis & Associates, P.C.,
               15W030 N. Frontage Road, Suite 100,  Burr Ridge, IL 60527-6921
25727772     +US Bank National Association,  Ocwen Loan Servicing, LLC,  Attn: Bankruptcy Department,
               P.O. Box 24605,  West Palm Beach, FL 33416-4605
25290322     +Westward Management, Inc.,  4311 N. Ravenswood Ave.,  Suite 201,  Chicago, IL 60613-1192
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +E-mail/Text: bncnotice@tomvaughntrustee.com Jun 21 2019 01:18:21    Tom Vaughn,
               55 E. Monroe Street, Suite 3850,  Chicago, IL 60603-5764
25685796     +EDI: ATTWIREBK.COM Jun 21 2019 04:58:00      AT&T CORP,  % AT&T Services, Inc.,
               Karen Cavagnaro, Lead Paralegal,  One AT&T Way, Room 3A104,  Bedminster, NJ 07921-2693
25701506     +EDI: CINGMIDLAND.COM Jun 21 2019 04:58:00      AT&T Mobility II LLC,  %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO LEAD PARALEGAL,  ONE AT&T WAY, SUITE 3A104,  BEDMINSTER, NJ. 07921-2693
25612177     +E-mail/Text: bankruptcy@cavps.com Jun 21 2019 01:18:03    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,  Valhalla, NY 10595-2321
26092053     +E-mail/Text: bncmail@w-legal.com Jun 21 2019 01:17:55    Cerastes, LLC,
               C/O Weinstein & Riley, P.S.,  2001 Western Ave., Ste. 400,  Seattle, WA 98121-3132
25290312     +EDI: CONVERGENT.COM Jun 21 2019 04:58:00      Convergent Outsoucing, Inc,  Po Box 9004,
               Renton, WA 98057-9004
25290313     +EDI: CMIGROUP.COM Jun 21 2019 04:58:00      Credit Management, LP,
               The Offices of Credit Management, LP,  Po Box 118288,  Carrolton, TX 75011-8288
25290314     +E-mail/Text: bknotice@ercbpo.com Jun 21 2019 01:17:50    ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,  Jacksonville, FL 32256-7412
25290316     +E-mail/Text: agirard@girardlawgroup.com Jun 21 2019 01:18:09    Girard Law Group,
               4311 N. Ravenwood,  #202,  Chicago, IL 60613-1192
25290317     +EDI: IIC9.COM Jun 21 2019 04:58:00      IC Systems, Inc,  444 Highway 96 East,
               St Paul, MN 55127-2557
25669783      EDI: JEFFERSONCAP.COM Jun 21 2019 04:58:00      Jefferson Capital Systems LLC,  PO Box 7999,
               Saint Cloud MN 56302-9617
25290318      EDI: JEFFERSONCAP.COM Jun 21 2019 04:58:00      Jefferson Capital Systems, LLC,  16 Mcleland Rd,
               Saint Cloud, MN 56303
25290320     +Fax: 407-737-5634 Jun 21 2019 01:38:20      Ocwen Loan Servicing Llc,  Attn: Research Dept,
               1661 Worthintong Rd Ste 100,  West Palm Beach, FL 33409-6493
25667667      EDI: JEFFERSONCAP.COM Jun 21 2019 04:58:00      Premier Bankcard, LLC,
               c o Jefferson Capital Systems LLC,  PO BOX 7999,  SAINT CLOUD MN 56302-7999
25290321     +EDI: SWCR.COM Jun 21 2019 04:58:00      Southwest Credit Systems,
               4120 International Parkway Ste 1100,  Carrollton, TX 75007-1958
25457570     +E-mail/Text: bk@blittandgaines.com Jun 21 2019 01:17:07    Unifund CCR Partners,
               C/O Blitt and Gaines, P.C.,  661 Glenn Avenue,  Wheeling, IL 60090-6017
                                                                                             TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2019                     Signature:  /s/Joseph Speetjens

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Edgar Contreras and Delia B Ciruelas<br>Debtor(s) | ) Judge Jack B Schmetterer<br>)<br>) Case No. 19-25114<br>)<br>) Chapter 13 |

### DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES Edgar Contreras and Delia B Ciruelas, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On September 5, 2019, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

2. The debtor(s) had a prior bankruptcy case dismissed within the preceding year: Case Number 17-02507, dismissed on June 19, 2019. In the prior case the Debtor's feel behind on the Chapter 13 payments because they were sending money to the Philippines to because two of their family members were very ill with and did not have the resources to pay for their own medical care. Now of the two that were sick one has passed away, and the other is in remission and does not require any additional financial help. Further, it has been agreed that the Debtor's will be on payroll control to insure that the payments are received.

3. The debtor(s) had a substantial change in their financial and/or personal affairs since the previous case that will effectively rebut the presumption of this case not being filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(C) by clear and convincing evidence. See attached affidavit of debtor(s).

WHEREFORE Edgar Contreras and Delia B Ciruelas, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order extending the Automatic Stay against all creditors for the duration of this Chapter 13 bankruptcy (unless the Automatic Stay is modified properly upon the motion of any creditor) and grant the debtor such other relief as just and proper.

Robert J. Adams & Associates - 540 W. 35th St. Chicago, IL 60616  Phone: 312.346.0100

Respectfully submitted,

/s/ Robert J. Adams
Attorney for Edgar Contreras and Delia B Ciruelas
Robert J. Adams & Associates