In re:  Edgar Contreras and Delia Ciruelas  ) Judge
       Debtor(s)  ) Chapter 13
                                                                     ) Case No.

## AFFIDAVIT

1. The affiants are the Debtors in the above captioned case.

2. The affiants are over eighteen (18) years of age.

3. We have had a previous case dismissed within the last year; specifically case number 17-02507, dismissed on June 19, 2019.

4. In the previous case, we fell behind on our payments because we were sending money to the Phillipines to help family members who were ill.

5. In the present case, we are not going to be sending any money overseas because one family member has passed and the other family member is in remission.

6. In this case, affiant Edgar Contreras will also be having the money deducted from his pay check and affiants believe that under the circumstances, this case will succeed.

The Affiants sayeth no more.

Date:  August 29, 2019

Signed: _____Edgar Contreras_____     _____Delia Ciruelas_____
          Edgar Contreras                                   Delia Ciruelas

Sworn to me this  6th  day of  September, 2019.

Notary Public  Adriane M. Smith

OFFICIAL SEAL
ADRIANE M SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 08/05/2020