Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Edgar | F | Contreras |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Delia | B. | Ciruelas |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number (if known): **19-25114**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Edgar F Contreras_      X _/s/ Delia B. Ciruelas_
Edgar F Contreras, Debtor 1      Delia B. Ciruelas, Debtor 2

Date _____      Date _____
MM/ DD/ YYYY      MM/ DD/ YYYY