# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Edgar Contreras and Delia B. Ciruelas  ) Judge Jack B Schmetterer
        Debtor(s)  )
          ) Case No. 19-25114
          )
          ) Chapter 13

## NOTICE OF MOTION

To the following named persons or entities: (Separate Service List may be attached)

Edgar Contreras and Delia B. Ciruelas
4442 W. Gunnison
Unit #1
Chicago, IL 60630


Tom Vaughn
55 E Monroe Suite 3850
Chicago, Illinois 60604
(Served by ECF: ecf@tvch13.net)


## CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 540 W. 35th Street, Suite 100, Chicago, IL 60616, with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service: 09/19/2019     Signature: /s/ Robert J. Adams
                                                               Robert J. Adams

Please take notice that on **October 2, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge Jack B Schmetterer in Court Room 682 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.

*Where indicated, some parties have been served electronically instead of by mail

Robert J. Adams & Assoc., 540 W. 35th Street, Suite 100, Chicago, IL 60616 Phone: 312.346.0100

```
Label Matrix for local noticing          U.S. Bank National Association, as Trustee f   U.S. Bankruptcy Court
0752-1                                    c/o Codilis & Associates, P.C.                 Eastern Division
Case 19-25114                             15W030 North Frontage Road,                    219 S Dearborn
Northern District of Illinois             Suite 100                                      7th Floor
Eastern Division                          Burr Ridge, IL 60527-6921                      Chicago, IL 60604-1702
Fri Sep 20 11:55:23 CDT 2019

AT&T                                      AT&T Mobility                                  Cash Loans Today
PO Box 5014                               PO Box 6428                                    11949 S. Pulaski
Carol Stream, IL 60197-5014               Carol Stream, IL 60197-6428                    Alsip, IL 60803-1114


Cavalry SPV                               Cavalry SPV I, LLC as assignee of HSBC Bank    Check N Go
500 Summit Lake Dr Ste 400                500 Summit Lake Drive, Ste 400                 PO Box 566027
Valhalla, NY 10595-2321                   Valhalla, NY 10595-2321                        Dallas, TX 75356-6027


Douglas Chancellor Meyer                  Gunnison Condominium Association               Jefferson Capital Systems
1000 fairgrounds 200                      4442 W. Gunnison                               PO Box 772813
Chicago, IL 60630                         Chicago, IL 60630-4802                         Chicago, IL 60677-0113


Monroe & Main                             Ocwen                                          Opturn
1112 7th Ave                              PO Box 6440                                    PO Box 4085
Monroe, WI 53566-1364                     Carol Stream, IL 60197-6440                    Atherton, CA 94027


Premier Bankcard, Llc                     Robert J. Adams & Associates                   Suncash
Po Box 7999                               540 E. 35th Street                             5800 W. North Ave.
Saint Cloud, MN 56302-7999                Chicago, IL 60616                              Chicago, IL 60639-4041


The Girard Law Geoup, P.C                 Unifund CCR Partners                           Delia B. Ciruelas
Mary A. Johnston                          C/O Blitt and Gaines, P.C.                     4442 W. Gunnison I
4311 N. Ravenswood 202                    661 Glenn Avenue                               Chicago, IL 60630
Chicago, IL 60613-1192                    Wheeling, IL 60090-6017


Edgar F Contreras                         Patrick S Layng                                Robert J Adams
4442 W. Gunnison I                        Office of the U.S. Trustee, Region 11          Robert J Adams & Associates
Chicago, IL 60630                         219 S Dearborn St                              540 W. 35th St., Ste. 100
                                          Room 873                                       Chicago, IL 60616-3532
                                          Chicago, IL 60604-2027


Tom Vaughn                                End of Label Matrix
55 E. Monroe Street, Suite 3850           Mailable recipients    24
Chicago, IL 60603-5764                    Bypassed recipients     0
                                          Total                  24
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Edgar Contreras and Delia B Ciruelas <br> Debtor(s) | ) Judge Jack B Schmetterer <br> ) <br> ) Case No. 19-25114 <br> ) <br> ) Chapter 13 |

### DEBTORS' MOTION TO IMPOSE THE AUTOMATIC STAY

NOW COMES Edgar Contreras and Delia B Ciruelas, hereinafter referred to as "debtors", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On September 5, 2019, debtors filed a voluntary petition under Title 11 U.S.C. Chapter 13.

2. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

3. The debtors had two prior bankruptcy cases dismissed within the preceding year: Case Number 17-02507, a case filed by both debtors and dismissed on June 19, 2019, and Case Number 19-14205, a case filed by debtor Delia B. Ciruelas and dismissed on July 10, 2019.

4. The debtors had a substantial change in their financial and/or personal affairs since the previous cases that will effectively rebut the presumption of this case not being filed in good faith pursuant to 11 U.S.C. § 362(c)(4) by clear and convincing evidence. See affidavit of debtors attached as Exhibit One.

5. The 2017 was dismissed for a plan payment default; debtors fell behind on their Chapter 13 plan payments as well as their mortgage payments because they were sending money to family members in the Philippines who were both suffering from cancer.

6. Debtor Delia B. Ciruelas filed a second case on May 16, 2019 with a different attorney than in the 2017 case.

7. Because the 2017 case was still pending, debtor Delia Ciruelas should not have filed another Chapter 13 case while the previous case was pending, but she filed based on the advice of the attorney that filed the case.

Robert J. Adams & Assoc., 540 W. 35th Street, Suite 100, Chicago, IL 60616 Phone: 312.346.0100

8. When the Section 341 meeting was scheduled to be held, without giving her a specific reason, Ms. Ciruelas' attorney told her not to go to the meeting and that he would not represent her anymore.

9. Because debtor Delia Ciruelas did not attend the meeting, the trustee filed a motion to dismiss and the case ultimately was dismissed.

10. Debtors believes that the present case will be successful, as they are no longer sending money to the two relatives; one has passed away and the other's cancer is in remission.

11. Debtor Edgar Contreras has agreed to have the Chapter 13 plan payment deducted from his pay check in the present case. Copies of debtors' Schedules I and J from the 2017 case are attached hereto as Exhibits Two and Three respectively, copies of debtor's Schedules I and J from the previous 2019 case are attached hereto as Exhibits Four and Five respectively, and copies of debtors' Schedules I and J from the present case are attached hereto as Exhibits Six and Seven respectively.

WHEREFORE Edgar Contreras and Delia B Ciruelas, the debtors herein, pray that this Honorable Court enter an Order imposing the Automatic Stay against all creditors for the duration of this Chapter 13 bankruptcy and grant the debtors such other relief as It deems just and proper.

Respectfully submitted,

/s/ Robert J. Adams
Attorney for Edgar Contreras and Delia B Ciruelas
Robert J. Adams & Associates

Robert J. Adams & Assoc., 540 W. 35th Street, Suite 100, Chicago, IL 60616 Phone: 312.346.0100