# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 19-25114 |
| | Chapter: 13 |
| Edgar F Contreras | Plan filed on 09/05/2019 |
| Delia B. Ciruelas | |
| | Confirmation Hearing: 10/23/19 at |
| Debtor(s) | 11:00AM |
| | |
| | Judge Jack B. Schmetterer |

## NOTICE OF FILING

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF

Edgar F Contreras, Delia B. Ciruelas, Debtor(s), 4442 W. Gunnison I, Chicago, IL 60630

Robert J Adams, Attorney for Debtor(s), 540 W. 35th St., Ste. 100, Chicago, IL 60616 by electronic notice through ECF

PLEASE TAKE NOTICE that on 10/16/2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, an Objection to Confirmation of the proposed Chapter 13 Plan. A copy of which is hereto attached.

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtor's attorney via electronic notice on October 16, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 17, 2019.

/s/ Grant Simmons
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-17-01529)**

NOTE: This law firm is a debt collector.